371 A.2d 1307

Karkaria v. Karkaria, Appellant.

Argued November 16, 1976. Navroz J. Karkaria, appellant, in propria persona; Gail A. Karkaria, in propria persona, and Edwin J. Martin, submitted a brief for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1308

Klaus, Appellant, v. Erie Family Life
Insurance Company.

Argued November 16, 1976. Andrew J. Conner, with him Dunn & Conner, for appellant; Irving O. Murphy, with him MacDonald, Illig, Jones & Britton, for appellee.

Order and judgment affirmed.

HOFFMAN and CERCONE, JJ., dissent.

WATKINS, P. J., absent.